IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROSITA QUADE, for her minor son, Dewayne Quade,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV 05-015-TUC-RCC<br><br>**ORDER** |

On April 4, 2008, the Honorable Charles R. Pyle, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No.40). The Recommendation advised the Court to enter an Order Granting the Plaintiff's Motion for Attorney's Fees in the full amount paid to the Plaintiff's Attorney because the fees requested are reasonable and the statute allows the fee award to be paid directly to Plaintiff's Attorney.

The Court has read and considered the Defendant's Objection (Docket No.43). The Court considers the Recommendation (Docket No.40) to be thorough and well-reasoned.

1  After a thorough and de novo review of the record, the Court will **ADOPT** the
2  Recommendation of Magistrate Judge Pyle.
3      IT IS HEREBY ORDERED that the Plaintiff's Motion Attorney's Fees (Docket No.
4  34) is **GRANTED**.
5      DATED this 3rd day of July, 2008.

Raner C. Collins
United States District Judge